# Court of Appeals
# of the State of Georgia

ATLANTA,  January 20, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0628.  DENNIS SANDERS v. THE STATE.**

Dennis Sanders pled guilty to aggravated battery, cruelty to children in the first degree, and battery, and the trial court entered his judgment of conviction on July 11, 2012.  Sanders filed a pro se notice of appeal on August 15, 2012.  We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Sanders filed his notice of appeal 35 days after entry of the order he seeks to appeal, it is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

We note, however, that Sanders was represented by counsel before the trial court and may be entitled to pursue an out-of-time appeal.  He is therefore informed of the following in accordance with *Rowland v. State*, supra at 875-876:  This appeal has been dismissed because you failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Sanders and to Sanders's attorney, and the latter is also directed to send a copy to Sanders.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* _____01/20/2016_____

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*